### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:19CR00049 |
| v.   ) | **FINAL ORDER** |
| ) | |
| **HUNTER ROYAL,** ) | JUDGE JAMES P. JONES |
| Defendant.   ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** that the United States' Motion to Dismiss, ECF No. 106, is GRANTED and the Motion pursuant to 28 U.S.C. § 2255, ECF No. 81, is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: May 30, 2023

/s/  JAMES P. JONES
Senior United States District Judge